# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ADMIRAL INSURANCE COMPANY,

    Plaintiff,

-vs-                                            Case No. 6:09-cv-1034-Orl-28DAB

JEROME D. MITCHELL, JEROME D. MITCHELL, P.A.; and FIFTH THIRD BANK,

    Defendants.
_____/

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment Against Fifth Third Bank (Doc. No. 17) filed August 14, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied and any claim against Defendant Fifth Third Bank be dismissed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 24, 2009 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Default Judgment Against Fifth Third Bank (Doc. No. 17) is **DENIED**.

3. Plaintiff's claim against Defendant Fifth Third Bank is dismissed with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24__ day of September, 2009.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party